### 18480. BOLTON *v.* THE STATE.

LUKE, J. Bolton was indicted for the offense of assault with intent to murder, and his conviction of the offense of assault and battery was fully justified. For none of the reasons pointed out in the record did the court err in overruling the motion for a new trial.
        *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
                        DECIDED DECEMBER 14, 1927.

Assault and battery; from Wilkes superior court—Judge Perryman. August 9, 1927.

*Hugh E. Combs,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.